```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 25564
    COLETT DIANE EHIGIE
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

           Debtor
    SSN XXX-XX-2069


--------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
      The case was filed on 06/28/2005 and was confirmed 09/01/2005.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was paid in full 09/17/2007.
--------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------
AMERICAN GENERAL FINANCE  SECURED              500.00         22.75        500.00
AMERICAN GENERAL FINANCE  UNSEC W/INTER       2560.15        221.58       2560.15
CREDIT ACCEPTANCE CORP    SECURED             5175.00        278.50       5175.00
CREDIT ACCEPTANCE CORP    UNSEC W/INTER       2528.27        197.68       2528.27
STERLING                  SECURED              100.00          4.81        100.00
STERLING                  UNSEC W/INTER        288.22         21.34        288.22
10 MINUTE PAYDAY LOAN     NOTICE ONLY    NOT FILED             .00           .00
ARROW FINANCIAL SERVICES  UNSEC W/INTER  NOT FILED             .00           .00
ASSET ACCEPTANCE CORP     UNSEC W/INTER       2438.91        211.06       2438.91
WORLD FINANCIAL NETWORK   UNSEC W/INTER        269.49         23.30        269.49
BANK OF AMERICA           UNSEC W/INTER  NOT FILED             .00           .00
CAPITAL ONE BANK          UNSEC W/INTER        668.77         57.93        668.77
SMC                       UNSEC W/INTER        249.29         21.58        249.29
CASH ADVANCE CORP         UNSEC W/INTER  NOT FILED             .00           .00
CB USA                    UNSEC W/INTER  NOT FILED             .00           .00
CATHERINES/CBUSA          NOTICE ONLY    NOT FILED             .00           .00
DD6 VENTURES              UNSEC W/INTER  NOT FILED             .00           .00
HEALTHCARE ASSOC CREDIT   UNSEC W/INTER  NOT FILED             .00           .00
NEWPORT NEWS              UNSEC W/INTER  NOT FILED             .00           .00
PREFERRED CASH            UNSEC W/INTER  NOT FILED             .00           .00
ASSET ACCEPTANCE CORP     UNSEC W/INTER       1664.35        143.98       1664.35
SEVENTH AVENUE            UNSEC W/INTER  NOT FILED             .00           .00
JEFFERSON CAPITAL SYSTEM  UNSEC W/INTER        959.99         83.09        959.99
LEDFORD & WU              DEBTOR ATTY       2,700.00                     2,700.00
TOM VAUGHN                TRUSTEE                                        1,219.89
DEBTOR REFUND             REFUND                                           527.62

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                 23,137.55

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 25564 COLETT DIANE EHIGIE
```

```
PRIORITY                                                          .00
SECURED                                                      5,775.00
     INTEREST                                                  306.06
UNSECURED                                                   11,627.44
     INTEREST                                                  981.54
ADMINISTRATIVE                                               2,700.00
TRUSTEE COMPENSATION                                         1,219.89
DEBTOR REFUND                                                  527.62
                                  ----------------    ----------------
TOTALS                                  23,137.55           23,137.55
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
     Dated: 12/27/07              _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE










                              PAGE   2
          CASE NO. 05 B 25564 COLETT DIANE EHIGIE